UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDDY C.S.,

    Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

    Respondents.

No. 1:26-cv-00065-TLN-AC

**ORDER**

On January 5, 2026, Petitioner filed a Motion for a Temporary Restraining Order ("TRO"). (ECF No. 6.) On January 9, 2026, the Court granted Petitioner's Motion for a TRO and ordered Respondents to show cause why a preliminary injunction should not issue. (ECF No. 8.) In response, Respondents waived additional briefing and any right to a hearing before the issuance of a preliminary injunction. (ECF No. 11.)

Accordingly, and for reasons stated in the Courts's Order on Petitioner's Motion for a TRO (ECF No. 8), Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a hearing before a neutral fact-finder where: (a) Respondents show there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's

1

removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk. At any such hearing, Petitioner shall be allowed to have her counsel present.

Pursuant to Local Rule 302, this matter is hereby REFERRED to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Date: January 16, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2